Emma L. Brown, Respondent, *v.* George A. Holliday et al., Defendants, and Central Steinway Corporation, Appellant.

(Submitted October 14, 1935; decided October 22, 1935.)

*Joseph J. Corn* for motion.
*John L. Danzilo* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements on the ground the judgment is not a final judgment.

Theodore Garrett, Respondent, *v.* City of Schenectady, Appellant.

(Submitted October 14, 1935; decided October 22, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 219.)

The City of Mount Vernon, Respondent, *v.* Best Development Company et al., Defendants.

Edward F. Hallahan, Appellant.

(Submitted October 14, 1935; decided October 22, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 327.)